UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFF COCKERHAM
    Petitioner
  v.              **Judgment in a Civil Case**
TRACY JOHNS
    Respondent        Case Number: 5:09-HC-2125-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for consideration of the respondent's supplemental motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's supplemental motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on July 7, 2011, with service on:
Jeff Cockerham  10039-084, Federal Correctional Institution, P.O. Box 1000, Butner, NC  27509 (via U.S. Mail)
Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing)

July 7, 2011               /s/ Dennis P. Iavarone
                        Clerk

Raleigh, North Carolina